1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stephen M. Lobbin (Bar No. CA 181195)
  e-mail:  slobbin@manatt.com
Raphael A. Gutierrez (Bar No. CA 215207)
  e-mail:  rgutierrez@manatt.com
**MANATT, PHELPS & PHILLIPS, LLP**
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  310.312.4000
Facsimile:  310.312.4224

Attorneys for Plaintiff
**PATENT CATEGORY CORPORATION**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| **PATENT CATEGORY CORPORATION**, a California corporation,<br><br>             Plaintiff,<br><br>   v.<br><br>**TIME TO PLAY CORPORATION LTD.**, a Hong Kong corporation, and **TIME TO PLAY CORPORATION LIMITED**, a California corporation,<br><br>             Defendants. | Case No. CV 07-6479 ABC (SSx)<br><br>**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Patent Category Corporation ("PCC"), by and through its attorneys, alleges as follows:

### Jurisdiction and Venue

1.      This is a civil action for patent infringement arising under the Acts of Congress relating to patents, 35 U.S.C. § 1 *et seq.*  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2.      Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391(b)-(c) and 1400(b).  Upon information and belief, Defendants have engaged in the complained of activities in this Judicial District.

## **The Parties**

3.      Plaintiff Patent Category Corporation is a California corporation having its principal place of business in Walnut, California.

4.      Defendant Time to Play Corporation Ltd. is a company organized and existing under the laws of Hong Kong, having its principal place of business at 10/F Inter-Continental Plaza, 94 Granville Road, Tsim Sha Tsui East, Kowloon, Hong Kong.

5.      Defendant Time to Play Corporation Limited is a California corporation having its principal place of business at 2149 East Garvey Avenue North, Unit A5, West Covina, California 91791.

6.      Plaintiff is informed and believes, and on that basis alleges, that Defendants have ongoing and systematic contacts with this Judicial District, and have placed the products accused of infringement herein into the stream of commerce knowing and expecting that such products would end up in this Judicial District.

## **Claim for Patent Infringement**

7.      Plaintiff hereby incorporates Paragraphs 1-6 herein by reference.

8.      On February 27, 2001, the United States Patent and Trademark Office duly issued U.S. Patent No. 6,192,635 ("the '635 patent") to PCC as the assignee of inventor Yu Zheng.  Attached hereto as **Exhibit 1** is a true and correct copy of the '635 patent.

9.      On July 31, 2001, the United States Patent and Trademark Office duly issued U.S. Patent No. 6,266,904 ("the '904 patent") to PCC as the assignee of inventor Yu Zheng.  Attached hereto as **Exhibit 2** is a true and correct copy of the '904 patent.

10.     On July 6, 2004, the United States Patent and Trademark Office duly issued U.S. Patent No. 6,758,003 ("the '003 patent") to PCC as the assignee of inventor Yu Zheng.  Attached hereto as **Exhibit 3** is a true and correct copy of the '003 patent.

11.     On February 15, 2005, the United States Patent and Trademark Office duly issued U.S. Patent No. 6,856,504 ("the '504 patent") to PCC as the assignee of inventor Yu Zheng.  Attached hereto as **Exhibit 4** is a true and correct copy of the '504 patent.

12.     On information and belief, Defendants have made, used, sold, offered for sale and/or imported one or more products that infringe the '635 patent, the '904 patent, the '003 patent and/or the '504 patent, including but not limited to Defendants' Item No. 41004 "My Pet Shop" product, Item No. 42006 "Big Burger" product, and Item No. 42004 "Le Café" product (collectively the "Accused Collapsible Products").

13.     On information and belief, Defendants have induced others, including each other, to infringe one or more of the patents-in-suit by encouraging and promoting the use, manufacture, sale, offer for sale and/or importation of infringing products, including but not limited to the Accused Collapsible Products.

14.     On information and belief, Defendants had notice and actual knowledge of each of the patents-in-suit before the filing of this suit, and Defendants' infringement of the patents-in-suit has been and continues to be willful and deliberate.

15.     Plaintiff has been damaged by Defendants' infringement of the patents-in-suit in an amount to be determined at trial.  Furthermore, by these acts, Defendants have irreparably injured Plaintiff and such injury will continue unless Defendants are enjoined by this Court.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

A.     Defendants be adjudged to have infringed the patents-in-suit;

B.     Defendants be adjudged to have induced infringement of the patents-in-suit;

C.     Defendants' patent infringement be adjudged willful and deliberate;

D.     This case be deemed exceptional under 35 U.S.C. § 285, and the damages for patent infringement be enhanced accordingly;

E.     Defendants, their subsidiaries, parents, affiliates, successors, assigns, officers, agents, servants, employees, attorneys, and all persons acting in concert or in affiliation with Defendants be preliminarily and permanently enjoined from infringing or inducing infringement of the patents-in-suit, and specifically from directly or indirectly making, using, selling, offering for sale or importing any of the Accused Collapsible Products;

F.     An award of monetary damages suffered by Plaintiff in an amount to be determined, and the trebling thereof;

G.     Judgment, relief, and requests as set forth in this Complaint;

H.     Reasonable attorneys' fees, prejudgment interest, and costs of this action; and

I.     All such other, further, and different relief as the Court deems proper.

Respectfully submitted,

Dated:     November 6, 2007          **MANATT, PHELPS & PHILLIPS, LLP**


By: /s/ Raphael A. Gutierrez
Stephen M. Lobbin
Raphael A. Gutierrez

Attorneys for Plaintiff
**PATENT CATEGORY
CORPORATION**

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Los Angeles

1

## DEMAND FOR JURY TRIAL

2

3        Pursuant to Fed. R. Civ. P. 38(b), Plaintiff hereby demands a trial by jury in

4    this action of all issues so triable.

5

6                                          Respectfully submitted,

7    Dated:      November 6, 2007         **MANATT, PHELPS & PHILLIPS, LLP**

8

9                                         By: /s/ Raphael A. Gutierrez
                                          _____
10                                        Stephen M. Lobbin
                                          Raphael A. Gutierrez

11                                        Attorneys for Plaintiff
                                          **PATENT CATEGORY**
12                                        **CORPORATION**

13

14   41172888.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28